IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN RANDALL FUTCH,

   Plaintiff,

    v.

DARLENE DREW,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-2371-TWT

**ORDER**

This is a pro se mandamus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action without prejudice for failure to comply with lawful orders of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 3 day of November, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Futch\r&r.wpd